1
2
3
4
5
6
7
8

The Honorable Ronald B. Leighton

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

9  | PATRICIA BLACKBURN, DAVID
10 | CARPENTER, JACOB DAU, DENNIS
   | FANT, BONIFACIO FORNILLOS,
11 | AKANELE IMO, JOSE LOPEZ, RALPH
   | PETERSON, and MATTHEW STALEY,
12
   | Plaintiffs,
13 | v.
14 | STATE OF WASHINGTON
   | DEPARTMENT OF SOCIAL AND
15 | HEALTH SERVICES; WESTERN
   | STATE HOSPITAL; DALE
16 | THOMPSON, individually and in his
   | official capacity as COO of Western State
17 | Hospital; and DR. MARY LOUISE
   | JONES, individually and in her official
18 | capacity as Director of the Center for
   | Forensic Studies,
19 |
   | Defendants.

NO. CV11-5385RBL

ORDER ON MOTION TO
STRIKE AND MOTION FOR
LEAVE TO AMEND
[Dkt. #s 39 & 43]

20
21
22
23

THIS MATTER is before the Court on Defendants' Motion to Strike and Motion to Make More Definite and Certain [Dkt. #39], and Plaintiff's Motion for Leave to Amend their Complaint [Dkt. #43], which appears to be in response to the Defendants' Motion.

24
25
26

Defendants did not oppose the amendment, and that motion is GRANTED. The Amended Compliant attached to the Motion shall be deemed FILED.

ORDER                                    1

Defendants' Motion to Strike and Motion to Make More Definite and Certain is DENIED WITHOUT PREJUDICE.  If Defendants contend that the Amended Complaint remains unclear, or that additional allegations in it should be stricken, they may renew the Motion (without repeating all of it; an amended or updated motion will suffice).

IT IS SO ORDERED.

DATED this _____ 8th ____ day of September, 2011.

HON. RONALD B. LEIGHTON

ORDER                                                          2