The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| PATRICIA BLACKBURN, DAVID CARPENTER, JACOB DAU, DENNIS FANT, BONIFACIO FORNILLOS, AKANELE IMO, JOSE LOPEZ, RALPH PETERSON, and MATTHEW STALEY,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES; WESTERN STATE HOSPITAL; DALE THOMPSON, individually and in his official capacity as COO of Western State Hospital; and DR. MARY LOUISE JONES, individually and in her official capacity as Director of the Center for Forensic Studies,<br><br>Defendants. | NO. CV11-5385RBL<br><br>ORDER ON MOTION TO STRIKE AND MOTION FOR LEAVE TO AMEND<br>[Dkt. #s 39 & 43] |

THIS MATTER is before the Court on Defendants' Motion to Strike and Motion to Make More Definite and Certain [Dkt. #39], and Plaintiff's Motion for Leave to Amend their Complaint [Dkt. #43], which appears to be in response to the Defendants' Motion.

Defendants did not oppose the amendment, and that motion is GRANTED. The Amended Compliant attached to the Motion shall be deemed FILED.

| 1 | Defendants' Motion to Strike and Motion to Make More Definite and Certain is
| 2 | DENIED WITHOUT PREJUDICE. If Defendants contend that the Amended Complaint
| 3 | remains unclear, or that additional allegations in it should be stricken, they may renew the
| 4 | Motion (without repeating all of it; an amended or updated motion will suffice).
| 5 |
| 6 | IT IS SO ORDERED.
| 7 | DATED this 8th day of September, 2011.

/s/ Ronald B. Leighton
HON. RONALD B. LEIGHTON