The Honorable Ronald B. Leighton

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| PATRICIA BLACKBURN, DAVID CARPENTER, JACOB DAU, DENNIS FANT, BONIFACIO FORNILLOS, AKANELE IMO, JOSE LOPEZ, RALPH PETERSON, and MATTHEW STALEY,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES; WESTERN STATE HOSPITAL; DALE THOMPSON, individually and in his official capacity as COO of Western State Hospital; and DR. MARY LOUISE JONES, individually and in her official capacity as Director of the Center for Forensic Studies,<br><br>Defendants. | NO. CV11-5385RBL<br><br>ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER REGARDING NONPARTY PATIENT RECORDS |

THIS MATTER having come before the Honorable Ronald B. Leighton, upon the Joint Motion for Protective Order Regarding Nonparty Patient Records, the Court finds that the parties have complied with the provisions of RCW 70.02.060 in the Uniform Health Care Information Act and 45 CFR § 164.512 by notifying patient M.P. of the request and giving him an opportunity to seek a protective order to prohibit the release of this information, and that good cause exists for the production of these document and records, it is hereby

ORDER GRANTING JOINT MOTION
FOR PROTECTIVE ORDER
CV11-5385RBL

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586-6300

ORDERED that documents responsive to the parties' joint motion shall be produced by Western State Hospital subject to this Protective Order in accordance with RCW 71.05.390(19) to safeguard the confidentiality of the requested materials and information; it is further

ORDERED that documents responsive to the parties' joint motion shall be produced subject to the parties' stipulated Protective Order Regarding Confidentiality and Filing, approved of concurrently with this order; it is further

ORDERED that responsive documents shall be used consistent with the restrictions in RCW 71.05.390(19), and solely for the purposes of litigation in this case unless M.P. or his legal guardian, if applicable, authorizes its use for any other particular purpose; it is further

ORDERED that responsive documents used for the purposes of litigation in this case shall be redacted in accordance with the General Order of the Court regarding Public Access to Electronic Case Files and the patient's name redacted to reflect only his initials and the names of other patients found in M.P.'s records shall be redacted in whole; it is further

ORDERED that responsive documents shall be returned to defendant Western State Hospital or destruction of the protected health information, including all copies made, at the end of the litigation; and it is further

ORDERED that nothing contained in this Protective Order shall affect the right of any party, counsel or witness to make any other type of objection or claim, nor will this Protective Order prevent a party or counsel from applying to the Court for relief therefrom, or from applying to the Court for an additional protective order, or for modification of this Order.

DATED this 13th day of June, 2012.

_Ronald B. Leighton_
Ronald B. Leighton
United States District Judge

ORDER GRANTING JOINT MOTION
FOR PROTECTIVE ORDER
CV11-5385RBL

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586-6300

Presented By:

ROBERT M. MCKENNA  
Attorney General

MacDONALD HOAGUE & BAYLESS

By: */s/ Joseph M. Diaz*  
    Joseph M. Diaz, WSBA # 16170  
    Assistant Attorney General  
    josephd@atg.wa.gov  
    Attorneys for Defendants

By: */s/ Joseph R. Schaeffer*  
    Jesse Wing, WSBA #27751  
    jessew@mhb.com  
    Joseph R. Shaeffer, WSBA # 33273  
    josephs@mhb.com  
    Attorneys for Plaintiffs

ORDER GRANTING JOINT MOTION  
FOR PROTECTIVE ORDER  
NO. CV11-5385RBL

3

ATTORNEY GENERAL OF WASHINGTON  
Torts Division  
7141 Cleanwater Drive SW  
PO Box 40126  
Olympia, WA 98504-0126  
(360) 586-6300